ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| KLSS Inc. (Popeyes) | ) ASBCA No. 63922 |
| | ) |
| Under Contract No. 140-100-88-C-0057 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Sean Uezu
    President

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Adam J. Bester, Esq.
    Assistant Counsel

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 22, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63922, Appeal of KLSS Inc. (Popeyes), rendered in conformance with the Board's Charter.

Dated: August 22, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals